JOHN SALVADOR et al., Copartners Doing Business as SAL-VIO CONTRACTING COMPANY, Plaintiffs, v. JOHN HARMAALA et al., Defendants, MERLIN ROSEN-

BAUM, Defendant-Appellant, and MOTT BROTHERS, INC., Defendant-Respondent. — In an action to foreclose a mechanic's lien, and for other equitable relief, order granting respondent's motion to dismiss the appellant's cross complaint on the ground that it does not come within the provisions of section 264 of the Civil Practice Act, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.